ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL M. BUSANI, SBN: 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiffs,
VANESSA M. LUNA and
GABRIELA VALDEZ

SEAN P. NALTY, CA Bar No. 121253
sean.nalty@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| VANESSA M. LUNA and GABRIELA VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO.: 1:22-cv-00753-JLT-SKO<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & ORDER**<br><br>**(Doc. 24)**<br><br>**Magistrate Judge:    Sheila K. Oberto** |

Pursuant to this Court's December 21, 2023, Minute Order, requiring the dismissal of the instant case by January 16, 2024, 2023, the parties to the above-entitled action jointly submit this statement:

PLEASE TAKE NOTICE THAT Plaintiffs, VANESSA M. LUNA and GABRIELA VALDEZ (jointly "Plaintiffs") and Defendant THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA ("Defendant") (Plaintiffs and Defendant referred collectively as the "Parties"), by and through their respective counsel, reached an agreement as to the material terms of the settlement

of the above referenced case at the December 19, 2023, Settlement Conference. Although the parties reached a settlement-in-principle, the settlement is contingent upon execution of a formal settlement agreement and release of claims ("Agreement") which is still being negotiated, and upon completion of specified terms in that Agreement that must be performed before the action can be dismissed.

The parties estimate that they will need an additional 45 days to dismiss the case upon execution of such an Agreement and completion of the specified conditions, or if any conditions remain pending to provide the Court with a further status report.

Therefore, upon the above showing of good cause, the Parties jointly and respectfully request that the Court grant an additional 45 days, or until March 1, 2024, to dismiss the action or to provide a further status report as to why the matter has not been dismissed.

IT IS SO STIPULATED AND REQUESTED.

DATED: January 16, 2024

By: */s/ Raquel M. Busani*
Raquel M. Busani, Esq.
Attorney for Plaintiffs, VANESSA M. LUNA and GABRIELA VALDEZ

DATED: January 16, 2024                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Sean P. Nalty*
SEAN P. NALTY
Attorneys for Defendant THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

**ATTESTATION OF E-FILED SIGNATURE**

The signatories have authorized the filing of this stipulation with electronic signatures. I, Raquel M. Busani, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Raquel M. Busani*
Raquel M. Busani
Email: raquel@erisalg.com

**ORDER**

Pursuant to the foregoing stipulation of the parties (Doc. 24), and for good cause shown (see E.D. Cal. L.R. 160(b)), it is hereby ORDERED that the parties shall file their dispositional documents by no later than March 1, 2024.

IT IS SO ORDERED.

Dated:  **January 17, 2024**              /s/ *Sheila K. Oberto*
                                                                                         UNITED STATES MAGISTRATE JUDGE