ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL M. BUSANI, SBN: 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiffs,
VANESSA M. LUNA and
GABRIELA VALDEZ

SEAN P. NALTY, CA Bar No. 121253
sean.nalty@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:     415-442-4870

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VANESSA M. LUNA and GABRIELA VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO.: 1:22-cv-00753-JLT-SKO<br><br>**ORDER RE: REQUEST TO EXTEND TIME TO FILE DISMISSAL**<br><br>**Magistrate Judge:   Sheila K. Oberto** |

Based on the parties' stipulation (Doc. 26) for good cause shown, the request to extend the deadline for filing dispositional documents requesting the dismissal of the action is hereby approved and continued **to March 8, 2024.**

IT IS SO ORDERED.

Dated:   **March 4, 2024**             /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE