# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| VANESSA M. LUNA and GABRIELA VALDEZ, | CASE NO.: 1:22-cv-00753-JLT-SKO |
| Plaintiff, | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| v. | (Doc. 27) |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

On March 4, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 27). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 5, 2024**                         /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**